TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00265-CR

Ernest Mendez, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT

NO. 97-108, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

PER CURIAM

Ernest Mendez perfected an appeal from his conviction for indecency with a child. See
Tex. R. App. P. 25.2(c). Mendez represents himself on appeal. The clerk's fee has not been paid and
the clerk's record has not been filed. See Tex. R. App. P. 35.3(a). The Clerk of this Court attempted to
contact appellant, but correspondence sent to his last known address was returned as undeliverable. The
appeal is dismissed for want of prosecution. See Tex. R. App. P. 37.3(b).

Before Chief Justice Yeakel, Justices Aboussie and Jones

Dismissed for Want of Prosecution

Filed: July 30, 1998

Do Not Publish